**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 4 13

IN RE FACEBOOK, INC., IPO SECURITIES
AND DERIVATIVE LITIGATION

MDL No. 12-2389 (RWS)

This document relates to
The Consolidated Securities Action:

| | |
|---|---|
| No. 12-cv-4081 | No. 12-cv-5511 |
| No. 12-cv-4099 | No. 12-cv-2662 |
| No. 12-cv-4131 | No. 12-cv-2680 |
| No. 12-cv-4150 | No. 12-cv-2815 |
| No. 12-cv-4157 | No. 12-cv-3195 |
| No. 12-cv-4184 | No. 12-cv-3196 |
| No. 12-cv-4194 | No. 12-cv-3199 |
| No. 12-cv-4252 | No. 12-cv-3200 |
| No. 12-cv-4291 | No. 12-cv-3201 |
| No. 12-cv-4312 | No. 12-cv-3202 |
| No. 12-cv-4332 | No. 12-cv-3203 |
| No. 12-cv-4360 | No. 12-cv-3212 |
| No. 12-cv-4362 | No. 12-cv-3353 |
| No. 12-cv-4551 | No. 12-cv-4215 |
| No. 12-cv-4648 | No. 12-cv-4763 |
| No. 12-cv-4777 | |

## SCHEDULING STIPULATION AND [PROPOSED] ORDER

WHEREAS, the Court's December 6, 2012 Order provided that, prior to the

January 23, 2013 pre-trial conference, the parties to the Consolidated Securities Action

shall meet and confer with respect to a schedule for filing a consolidated complaint and

any attendant motions (*see* Docket No. 52 at 52); and

WHEREAS, the parties to the Consolidated Securities Action have met and

conferred in accordance with the Court's December 6 Order;

1

NOW, THEREFORE, the parties to the Consolidated Securities Action hereby stipulate and agree, subject to the Court's approval, that the schedule for filing the consolidated complaint and any motion to dismiss in the Consolidated Securities Action shall be as follows:

1. Lead Plaintiffs shall file their consolidated complaint on or before February 28, 2013;

2. Defendants shal! file any motion to dismiss on or before April 30, 2013;

3. Lead Plaintiffs shall file their papers in opposition to any motion to dismiss on or before June 14, 2013; and

4. Defendants shall file their reply papers on or before July 16, 2013.

Dated: December 21, 2012
          New York, New York

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By:   /s/ *Steven B. Singer* _____ _____
          Steven B. Singer (steven@blbglaw.com)
          John Rizio-Hamilton (johnr@blbglaw.com)
          1285 Avenue of the Americas
          New York, NY 10019
          Tel: (212) 554-1400
          Fax: (212) 554-1444

          *Co-Lead Counsel for Lead Plaintiffs*

3

Dated: December 21, 2012
New York, New York

**LABATON SUCHAROW LLP**

By:  /s/ *James W. Johnson*
Thomas A. Dubbs (tdubbs@labaton.com)
James W. Johnson (jjohnson@labaton.com)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Co-Lead Counsel for Lead Plaintiffs*

Dated: December 21, 2012
      New York, New York

**KIRKLAND & ELLIS LLP**

By:   */s/ Andrew B. Clubok*
     Andrew B. Clubok (aclubok@kirkland.com)
     Brant W. Bishop, P.C. (bbishop@kirkland.com)
     601 Lexington Avenue
     New York, NY 10022
     Tel: (212) 446-4836
     Fax: (212) 446-4900

     *Counsel for Defendants Facebook, Inc., Mark*
     *Zuckerberg, Sheryl K. Sandberg, David A.*
     *Ebersman, David M. Spillane, Marc L.*
     *Andreesen, Erskine B. Bowles, James W.*
     *Breyer, Donald E. Graham, Reed Hastings,*
     *and Peter A. Thiel*

Dated: December 21, 2012
      New York, New York

**WILLKIE FARR & GALLAGHER LLP**

By:   */s/ Richard D. Bernstein*
        Richard D. Bernstein (rbernstein@willkie.com)
        Tariq Mundiya (tmundiya@willkie.com)
        787 Seventh Avenue
        New York, NY 10019
        Tel: (212) 728-8000
        Fax: (212) 728-8111

        *Counsel for Defendants Facebook, Inc., Mark*
        *Zuckerberg, Sheryl K. Sandberg, David A.*
        *Ebersman, David M. Spillane, Marc L.*
        *Andreesen, Erskine B. Bowles, James W.*
        *Breyer, Donald E. Graham, Reed Hastings,*
        *and Peter A. Thiel*

Dated: December 21, 2012
       New York, New York

**DAVIS POLK & WARDWELL LLP**


By:   /s/ James P. Rouhandeh
      James P. Rouhandeh (rouhandeh@davispolk.com)
      Charles S. Duggan (charles.duggan@davispolk.com)
      450 Lexington Avenue
      New York, NY 10017
      Tel: (212) 450-4000
      Fax: (212) 701-5800

      *Counsel for Defendants Morgan Stanley & Co. LLC;*
      *J.P. Morgan Securities LLC; Goldman, Sachs & Co.;*
      *Allen & Company LLC; Barclays Capital Inc.; BMO*
      *Capital Markets Corp.; Blaylock Robert Van LLC;*
      *C.L. King & Associates, Inc.; Cabrera Capital*
      *Markets, LLC; CastleOak Securities, L.P.; Citigroup*
      *Global Markets Inc.; Cowen and Company, LLC;*
      *Credit Suisse Securities (USA) LLC; Deutsche Bank*
      *Securities Inc.; E\*TRADE Securities LLC; Itaú BBA*
      *USA Securities, Inc.; Lazard Capital Markets LLC;*
      *Lebenthal & Co., LLC; Loop Capital Markets LLC;*
      *M.R. Beal & Company; Macquarie Capital (USA)*
      *Inc.; Merrill Lynch, Pierce, Fenner & Smith*
      *Incorporated; Muriel Siebert & Co., Inc.;*
      *Oppenheimer & Co. Inc.; Pacific Crest Securities*
      *LLC; Piper Jaffray & Co.; RBC Capital Markets,*
      *LLC; Raymond James & Associates, Inc.; Samuel A.*
      *Ramirez & Company, Inc.; Stifel, Nicolaus &*
      *Company, Incorporated; The Williams Capital*
      *Group, L.P.; Wells Fargo Securities, LLC; and*
      *William Blair & Company L.L.C.*

SO ORDERED this ___ day of _____ 2012:

Hon. Robert W. Sweet
United States District Judge

7