UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FACEBOOK, INC., IPO SECURITIES AND DERIVATIVE LITIGATION | MDL No. 12-2389 (RWS) <br><br> This document relates to the following Securities Actions: <br><br> No. 12-cv-7542 <br> No. 12-cv-7543 <br> No. 12-cv-7544 <br> No. 12-cv-7545 <br> No. 12-cv-7546 <br> No. 12-cv-7547 <br> No. 12-cv-7548 <br> No. 12-cv-7550 <br> No. 12-cv-7551 <br> No. 12-cv-7552 <br> No. 12-cv-7586 <br> No. 12-cv-7587 |



RECEIVED JAN 30 2013 JUDGE SWEET CHAMBERS

## SCHEDULING STIPULATION AND [PROPOSED] ORDER

WHEREAS, the Court's December 6, 2012 Order provided that, prior to the January 23, 2013 pre-trial conference, the parties to the Consolidated Securities Action shall meet and confer with respect to a schedule for filing a consolidated complaint and any attendant motions (*see* Docket No. 52 at 52); and

WHEREAS, the parties to the Consolidated Securities Action have met and conferred in accordance with the Court's December 6 Order;

NOW, THEREFORE, the parties to the Consolidated Securities Action hereby stipulate and agree, subject to the Court's approval, that the schedule for filing the

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/13

consolidated complaint and any motion to dismiss in the Consolidated Securities Action shall be as follows:

1. Lead Plaintiffs shall file their consolidated complaint on or before February 28, 2013;

2. Defendants shall file any motion to dismiss on or before April 30, 2013;

3. Lead Plaintiffs shall file their papers in opposition to any motion to dismiss on or before June 14, 2013; and

4. Defendants shall file their reply papers on or before July 16, 2013.

Dated: December 21, 2012
New York, New York

        **BERNSTEIN LITOWITZ BERGER &**
        **GROSSMANN LLP**

By: /s/ *Steven B. Singer*
     Steven B. Singer (steven@blbglaw.com)
     John Rizio-Hamilton (johnr@blbglaw.com)
     1285 Avenue of the Americas
     New York, NY 10019
     Tel: (212) 554-1400
     Fax: (212) 554-1444

*Co-Lead Counsel for Lead Plaintiffs*

Dated: December 21, 2012
       New York, New York

**LABATON SUCHAROW LLP**

By:  <u>/s/ *James W. Johnson*</u>
     Thomas A. Dubbs (tdubbs@labaton.com)
     James W. Johnson (jjohnson@labaton.com)
     140 Broadway
     New York, NY 10005
     Tel: (212) 907-0700
     Fax: (212) 818-0477

     *Co-Lead Counsel for Lead Plaintiffs*

Dated: December 21, 2012
    New York, New York

**KIRKLAND & ELLIS LLP**

By:   /s/ *Andrew B. Clubok*
      Andrew B. Clubok (aclubok@kirkland.com)
      Brant W. Bishop, P.C. (bbishop@kirkland.com)
      601 Lexington Avenue
      New York, NY 10022
      Tel: (212) 446-4836
      Fax: (212) 446-4900

      *Counsel for Defendants Facebook, Inc., Mark Zuckerberg, Sheryl K. Sandberg, David A. Ebersman, David M. Spillane, Marc L. Andreesen, Erskine B. Bowles, James W. Breyer, Donald E. Graham, Reed Hastings, and Peter A. Thiel*

Dated: December 21, 2012
      New York, New York

                      **WILLKIE FARR & GALLAGHER LLP**

                By: /s/ *Richard D. Bernstein*
                     Richard D. Bernstein (rbernstein@willkie.com)
                     Tariq Mundiya (tmundiya@willkie.com)
                     787 Seventh Avenue
                     New York, NY 10019
                     Tel: (212) 728-8000
                     Fax: (212) 728-8111

                     *Counsel for Defendants Facebook, Inc., Mark Zuckerberg, Sheryl K. Sandberg, David A. Ebersman, David M. Spillane, Marc L. Andreesen, Erskine B. Bowles, James W. Breyer, Donald E. Graham, Reed Hastings, and Peter A. Thiel*

Dated: December 21, 2012
    New York, New York

### DAVIS POLK & WARDWELL LLP

By:  /s/ *James P. Rouhandeh*
      James P. Rouhandeh (rouhandeh@davispolk.com)
      Charles S. Duggan (charles.duggan@davispolk.com)
      450 Lexington Avenue
      New York, NY 10017
      Tel: (212) 450-4000
      Fax: (212) 701-5800

*Counsel for Defendants Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; Goldman, Sachs & Co.; Allen & Company LLC; Barclays Capital Inc.; BMO Capital Markets Corp.; Blaylock Robert Van LLC; C.L. King & Associates, Inc.; Cabrera Capital Markets, LLC; CastleOak Securities, L.P.; Citigroup Global Markets Inc.; Cowen and Company, LLC; Credit Suisse Securities (USA) LLC; Deutsche Bank Securities Inc.; E\*TRADE Securities LLC; Itaú BBA USA Securities, Inc.; Lazard Capital Markets LLC; Lebenthal & Co., LLC; Loop Capital Markets LLC; M.R. Beal & Company; Macquarie Capital (USA) Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Muriel Siebert & Co., Inc.; Oppenheimer & Co. Inc.; Pacific Crest Securities LLC; Piper Jaffray & Co.; RBC Capital Markets, LLC; Raymond James & Associates, Inc.; Samuel A. Ramirez & Company, Inc.; Stifel, Nicolaus & Company, Incorporated; The Williams Capital Group, L.P.; Wells Fargo Securities, LLC; and William Blair & Company L.L.C.*

SO ORDERED this 15 day of January, 2013:

_____
Hon. Robert W. Sweet
United States District Judge