IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE FACEBOOK, INC., IPO SECURITIES AND DERIVATIVE LITIGATION | MDL No. 12-2389 |
|---|---|
| THIS DOCUMENT RELATES TO: | NASDAQ Actions:<br><br>*Goldberg v. NASDAQ OMX Group, Inc., et al.*, No. 12-cv-4054<br><br>*Yan v. NASDAQ OMX Group, Inc., et al.*, No. 12-cv-4200<br><br>*Alfonso v. The NASDAQ Stock Market LLC, et al.*, No. 12-cv-4201<br><br>*Levy v. The NASDAQ Stock Market LLC, et al.*, No. 12-cv-4315<br><br>*Amin v. The NASDAQ Stock Market LLC, et al.*, No. 12-cv-4403<br><br>*Steinman v. NASDAQ OMX Group, et al.*, No. 12-cv-4600<br><br>*Roderick v. NASDAQ OMX Group, et al.*, No. 12-cv-4716<br><br>*McGinty v. NASDAQ OMX Group, Inc., et al.*, No. 12-cv-5549<br><br>*Eagan v. NASDAQ OMX Group, Inc., et al.*, No. 12-cv-6882<br><br>*First New York Securities, L.L.C., et al., v. NASDAQ OMX Group, Inc. et al.*, No. 12-cv-5630<br><br>Other Actions:<br><br>*Simon v. The NASDAQ Stock Market LLC*, No. 12-cv-7531 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-18-13

|  | *Tran v. The NASDAQ Stock Market LLC*, No. 12-cv-7811 *Fleming v. The NASDAQ OMX Group, Inc., et al.*, No. 12-cv-9308 |
|---|---|

## SCHEDULING STIPULATION AND (PROPOSED) ORDER

WHEREAS, the Court's December 6, 2012 Order provided that, prior to the January 23, 2013 pre-trial conference, the parties to the NASDAQ Actions shall meet and confer with respect to a schedule for filing a consolidated complaint and any attendant motions (see Order at 52); and

WHEREAS, the parties to the NASDAQ Actions have met and conferred in accordance with the Court's December 6 Order;

NOW, THEREFORE, the parties to the NASDAQ Actions hereby stipulate and agree, subject to the Court's approval, that the schedule for filing the consolidated complaint and any motion to dismiss in the NASDAQ Actions shall be as follows:

1. Plaintiffs in the NASDAQ Actions shall file a Consolidated Amended Complaint on or before February 28, 2013 and plaintiffs in the *Simon, Tran,* and *Fleming* actions shall file amended complaints, if any, on or before that same day;

2. Defendants shall file any motions to dismiss on or before April 30, 2013;

3. Plaintiffs shall file their papers in opposition to any motions to dismiss on or before June 14, 2013; and

4. Defendants shall file their reply papers on or before July 16, 2013.

/s/ *Christopher Lovell*
Christopher Lovell (CL 4295)
Victor E. Stewart (VS 43009)
Fred T. Isquith (FI 1064)
**LOVELL STEWART HALEBIAN JACOBSON LLP**
61 Broadway, Suite 501
New York, NY 10006

Telephone: (212) 608-1900
Facsimile: (212) 719-4677

/s/ *Douglas G. Thompson, Jr.*
Douglas G. Thompson, Jr.
Michael G. McLellan
Robert O. Wilson
**FINKELSTEIN THOMPSON LLP**
1077 30th Street, NW, Suite 150
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*Co-Lead Counsel for the NASDAQ Negligence Parties*

/s/*Vincent R. Capucci*
Andrew J. Entwistle
Vincent R. Cappucci
Arthur V. Nealon
Robert N. Cappucci
Jordan A. Cortez
Marc X. LoPresti (Of Counsel)
**ENTWISTLE & CAPPUCCI LLP**
280 Park Avenue
26th Floor West
New York, New York 10017
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

*Lead Counsel for the NASDAQ Claimant Group*

/s/ *William A. Slaughter*
William A. Slaughter
Stephen J. Kastenberg
Paul Lantieri III
Margaret O. Padilla
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
slaughter@ballardspahr.com
kastenberg@ballardspahr.com
lantierip@ballardspahr.com
padillam@ballardspahr.com

*Attorneys for The NASDAQ OMX Group, Inc., and The NASDAQ Stock Market LLC*

/s/ *Jonathan R. Simon*
Jonathan R. Simon
Kerstin L. Morgan
**THE ORLANDO FAMILY FIRM**
121 South Orange Avenue, Suite 1500
Orlando, Florida 32801
Telephone:   (407) 377-6399
Facsimile:   (407) 377-6694
jonathan@theorlandofamilyfirm.com
kerstin@theorlandofamilyfirm.com

*Counsel for Plaintiffs / Plaintiff*, pro se, *in the Simon Action*

/s/ *Nick E. Tran*
Nick E. Tran
1727 Massachusetts Avenue NW, #806
Washington, DC 20036
Telephone:   (202) 246-6805
nicketran@gmail.com

*Plaintiff*, pro se, *in the Tran Action*

/s/ *Gregory Brown*
Gregory Brown
**FLEMING, NOLEN & JEZ, L.L.P.**
2800 Post Oak Boulevard
Suite 4000
Houston, Texas 77056
Telephone:   (713) 621-7944
Facsimile:    (713) 621-9638
gregory_brown@fleming-law.com

*Counsel for Plaintiff in the Fleming Action*

Dated: January 16, 2013

SO ORDERED this 18 day of January, 2013

_____
Hon. Robert W. Sweet
United States District Judge