UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

IN RE FACEBOOK, INC., IPO SECURITIES AND
DERIVATIVE LITIGATION,

O R D E R
MDL No. 12-2389

This Order
Relates to:
ALL CASES

------------------------------------------X

**Sweet, D.J.,**

In consideration of the parties' scheduling stipulations (Docket Nos. 61 and 62) and the pending motions in the instant case, the pre-trial conference scheduled for January 23, 2013 is cancelled. The parties are requested to advise the Court of any pre-trial issues.

It is so ordered.

**New York, NY**
**January 18, 2013**

ROBERT W. SWEET
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: 1/18/13