UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

IN RE FACEBOOK, INC., IPO SECURITIES AND
DERIVATIVE LITIGATION,

O R D E R
MDL No. 12-2389

This Order
Relates to:
12 Civ. 4215
12 Civ. 4763

------------------------------------------X

**Sweet, D.J.**

  Lawrence Corneck and Eugene Stricker's (the "Exchange Act Plaintiffs") motion to sever their actions, dated April 16, 2013 will be heard at noon on Wednesday, May 29, 2013, in Courtroom 18C, United States Courthouse, 500 Pearl Street. All motion papers shall be served in accordance with Local Civil Rule 6.1.

  It is so ordered.

**New York, NY**
**April 19, 2013**

_____
ROBERT W. SWEET
U.S.D.J.