UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FACEBOOK, INC., IPO SECURITIES AND DERIVATIVE LITIGATION | MDL No. 12-2389<br><br>ECF Case<br><br>This document relates to the Consolidated Securities Action: |

| | |
|---|---|
| NO. 12-CV-4081 | NO. 12-CV-4763 |
| NO. 12-CV-4099 | NO. 12-CV-4777 |
| NO. 12-CV-4131 | NO. 12-CV-5511 |
| NO. 12-CV-4150 | NO. 12-CV-7542 |
| NO. 12-CV-4157 | NO. 12-CV-7543 |
| NO. 12-CV-4184 | NO. 12-CV-7544 |
| NO. 12-CV-4194 | NO. 12-CV-7545 |
| NO. 12-CV-4215 | NO. 12-CV-7546 |
| NO. 12-CV-4252 | NO. 12-CV-7547 |
| NO. 12-CV-4291 | NO. 12-CV-7548 |
| NO. 12-CV-4312 | NO. 12-CV-7550 |
| NO. 12-CV-4332 | NO. 12-CV-7551 |
| NO. 12-CV-4360 | NO. 12-CV-7552 |
| NO. 12-CV-4362 | NO. 12-CV-7586 |
| NO. 12-CV-4551 | NO. 12-CV-7587 |
| NO. 12-CV-4648 | |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE
CONSOLIDATED CLASS ACTION COMPLAINT**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Facebook, Inc., the individual Facebook defendants, and the Underwriter Defendants, will hereby move this Court, at noon on Wednesday, September 18, 2013, or at such other time as the Court shall order, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, for an order dismissing the consolidated class action complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiffs have previously agreed to the September 18, 2013 hearing date.

DATED: April 30, 2013

/s/ *Andrew B. Clubok*

| | |
|---|---|
| Susan E. Engel | Andrew B. Clubok |
| Kellen S. Dwyer | (andrew.clubok@kirkland.com) |
| Bob Allen | Brant W. Bishop, P.C. |
| KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |
| 655 Fifteenth St. NW | 601 Lexington Avenue |
| Washington, DC 20005 | New York, NY 10022 |
| Telephone: (202) 879-5000 | Telephone: (212) 446-4800 |
| Facsimile: (202) 879-5200 | Facsimile: (212) 446-4900 |
| | |
| Richard D. Bernstein | Tariq Mundiya |
| Elizabeth J. Bower | Todd G. Cosenza |
| WILLKIE FARR & GALLAGHER LLP | Sameer Advani |
| 1875 K Street, NW | WILLKIE FARR & GALLAGHER LLP |
| Washington, DC 20006 | 787 Seventh Avenue |
| Telephone: (202) 303-1000 | New York, NY 10019-6099 |
| Facsimile: (202) 303-2000 | Telephone: (212) 728-8000 |
| | Facsimile: (212) 728-8111 |

*Attorneys for Facebook, Inc. and Individual Facebook Defendants*

James P. Rouhandeh
Charles S. Duggan
Andrew Ditchfield
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for Underwriter Defendants*