LAW OFFICES
# PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104
(415) 433-9000
FAX (415) 433-9008
WWW.PSWLAW.COM

LOS ANGELES OFFICE
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403
(818) 788-8300
FAX (818) 788-8104

WRITER'S DIRECT CONTACT
(415) 400-7713
WNEWSOM@PSWLAW.COM

April 30, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-1-13

RECEIVED
[MAY] 2013
JUDGE SWEET CHAMBERS

**VIA FACSIMILE**
**(212) 805-7925**

Attn: Judge Robert Sweet
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  In re: Facebook, Inc. IPO Securities and Derivative Litigation – Voluntary
     Dismissal of John Gregory
     Case No.:      No. 1:12-cv-07544 (RWS)
                    No. 1:12-MD-02389 (RWS)

Dear Judge Sweet:

I represent Plaintiff John Gregory in the above-captioned matter. On November 28, 2012, we filed a Notice of Voluntary Dismissal of John Gregory, dismissing the case without prejudice. A copy of that dismissal is attached hereto.

Having dismissed the case, I would like to request that Your Honor remove myself and the attorneys at my firm from the ECF notices, as we no longer represent any party to the Facebook IPO cases. The list of attorneys currently receiving ECF notices who would like to be removed from the list are as follows:

1.  Alexander Robert Safyan:     asafyan@pswlaw.com

2.  Bruce Lee Simon              bsimon@pswlaw.com

3.  Clifford H. Pearson          cpearson@pswlaw.com

4.  Daniel L. Warshaw            dwarshaw@pswlaw.com

So ordered
Sweet
USDJ
5-1-13

LAW OFFICES
PEARSON, SIMON & WARSHAW, LLP

Attn: Judge Robert Sweet
April 30, 2013
Page 2

5.  George S. Trevor         gtrevor@pswlaw.com

6.  William James Newsom     wnewsom@pswlaw.com

If there are any further steps that I need to take to remove myself and my colleagues from the ECF notices for the case, please let me know.

Very truly yours,

PEARSON, SIMON & WARSHAW, LLP

WILLIAM J. NEWSOM

WJN
Enclosure: Voluntary Dismissal of John Gregory
cc:   George S. Trevor, Esq.
849542.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FACEBOOK, INC. IPO SECURITIES AND DERIVATIVE LITIGATION | No. 1:12-md-07544-RWS |
| JOHN GREGORY, on behalf of himself and all others similarly situated, | This Motion Relates To: No. 1:12-cv-07544-RWS |
| Plaintiff, | |
| vs. | |
| FACEBOOK, INC.; MARK ZUCKERBERG; DAVID A. EBERSMAN; SHERYL K. SANDBERG; DAVID M. SPILLANE; MARC L. ANDREESEN; ERSKINE B. BOWLES; JAMES W. BREYER; DONALD E. GRAHAM; REED HASTINGS; PETER A. THIEL; MORGAN STANLEY & CO. LLC; J.P. MORGAN SECURITIES LLC; GOLDMAN, SACHS & CO.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; and BARCLAYS CAPITAL INC., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF JOHN GREGORY**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff John Gregory voluntarily dismisses without prejudice the above-entitled action, captioned *John Gregory v. Facebook, Inc., et al.*, No. 1:12-cv-07544-RWS, against all Defendants, including Facebook, Inc.; Mark Zuckerberg; David A. Ebersman; Sheryl K. Sandburg; David M. Spillane; Marc L. Andreesen; Erskine B. Bowles; James W. Breyer; Donald E. Graham; Reed Hastings; Peter A. Thiel; Morgan Stanley & Co., LLC; J.P. Morgan Securities, LLC; Goldman, Sachs & Co.; Merrill, Lynch, Pierce, Fenner & Smith, Inc.; and Barclays Capital, Inc. This dismissal applies only to the individual case brought by Mr. Gregory and has no bearing on the other cases before this Court. This notice of dismissal is being filed with the Court before service by any Defendant of either an answer or a motion for summary judgment.

DATED: November 28, 2012      **PEARSON, SIMON, WARSHAW & PENNY, LLP**

By: ___*/s/ George S. Trevor*___
GEORGE S. TREVOR
Attorneys for John Gregory