COURTESY COPY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FACEBOOK IPO SECURITIES AND DERIVATIVE LITIGATION | MDL NO. 12-2389 |
| MICHAEL ZACK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NASDAQ OMX GROUP, INC., and THE NASDAQ STOCK MARKET LLC,<br><br>Defendants. | CASE NO. 12-CV-6439-RWS |

### STIPULATION TO STAY PROCEEDINGS

Plaintiff, Michael Zack, and Defendants, The NASDAQ OMX Group, Inc. and The NASDAQ Stock Market LLC (collectively, "NASDAQ"), by their undersigned counsel, hereby stipulate and agree as follows:

1.  This action is one of eleven class actions filed against NASDAQ relating to the initial public offering ("IPO") of Facebook, Inc. common stock. It is before this Court on removal from the Supreme Court in and for the State of New York, New York County, where it was originally filed on August 7, 2012. (Dkt. No. 1).

2.  On April 30, 2013, lead plaintiffs in the consolidated class actions against NASDAQ (in which the Zack case is not consolidated) filed their Consolidated Amended Class Action Complaint. (MDL No. 12-2389, Dkt. No. 95) ("Consolidated Class Action Complaint").

COURTESY COPY

3. In view of the fact that the plaintiff and the putative class in this action contain claims which may overlap the claims in the Consolidated Class Action Complaint, the parties to this action agree that this action should not proceed prior to, at minimum, a determination of the motion to dismiss in the consolidated IPO action.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that this action be stayed pending determination of the Defendant's Motion to Dismiss the Consolidated Class Action Complaint, at which time the parties herein and the Court will revisit whether further extension of the stay is warranted.

Dated: May 24, 2013

_____
Howard T. Longman (HL-2489)
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Facsimile: (212) 490-2022
hlongman@ssbny.com

*Counsel for Plaintiff, Michael Zack*

_____
William A. Slaughter (Pa. ID 30637)*
Stephen J. Kastenberg (Pa. ID 70919)* Paul Lantieri III (Pa. ID 88160)* BALLARD SPAHR LLP 1735 Market Street, 51st Floor Philadelphia, PA 19103 Telephone: (215) 665-8500 Facsimile (215) 864-8999
slaughter@ballardspahr.com
kastenberg@ballardspahr.com
lantierip@ballardspahr.com

*Counsel for Defendants,
The NASDAQ OMX Group, Inc. and The
NASDAQ Stock Market LLC*

\* *Admitted pro hac vice*

So ordered
Sweet USDJ
5-29-13