# ENTWISTLE & CAPPUCCI

Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, NY 10017

(212) 894-7200 Main
(212) 894-7272 Fax
www.entwistle-law.com

**VINCENT R. CAPPUCCI**
*Senior Partner*

August 20, 2013



**VIA FACSIMILE (212) 805-7925**

Honorable Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Suite 660 Room 1940
New York, New York 10007

Re:  *In re Facebook, Inc. IPO Securities And Derivative Litigation*
No. 12-cv-2389 (RWS)
*First New York Securities, L.L.C. v. NASDAQ OMX Group, Inc., et al.*,
No. 12-cv-5630 (RWS)

Dear Judge Sweet:

We represent Lead Plaintiffs in the consolidated above-captioned NASDAQ Actions and write in connection with their brief in opposition to Defendants Motion to Dismiss the Consolidated Amended Class Action Complaint (the "Motion to Dismiss"), which is due on August 27, 2013. We respectfully request that the Court extend the page limit for Lead Plaintiffs' opposition brief to 65 pages, which is in line with the same page extension previously granted to Defendants for their brief in support of the Motion to Dismiss filed on July 2, 2013 (Docket No. 127).

We have conferred with counsel for the NASDAQ Defendants, who consent to this request.

Respectfully yours,

*/s/ Vincent Cappucci*

Vincent R. Cappucci

Cc:  William A. Slaughter
Stephen J. Kastenberg
Paul Lantieri II

*So ordered.*
*/s/ Sweet*
*USDJ*
*8-23-13*

EC.52904.1