UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

IN RE FACEBOOK, INC., IPO SECURITIES AND
DERIVATIVE LITIGATION,                             O R D E R
                                                   MDL No. 12-2389

------------------------------------------X

**Sweet, D.J.**

The previous scheduling order (Dkt. No. 140) is hereby amended as follows:

- Plaintiffs Gaye Jones and Holly McConnaughey's Motion to Remand, dated April 23, 2013 (Dkt. No. 85), will now be heard at noon on Tuesday, October 8, 2013 in Courtroom 18C, United States Courthouse, 500 Pearl Street, at noon.

- Defendant Facebook, Inc., the individual Facebook defendants, and the underwriter defendants' (collectively, the "Defendants") Motion to Dismiss the Consolidated Class Action Complaint, dated April 30, 2013 (Dkt. No. 89), will now be heard at noon on Tuesday, October 8, 2013 in Courtroom 18C, at noon.

**New York, NY**
~~September~~ August 30, 2013

ROBERT W. SWEET
U.S.D.J.