# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Stephen J. Kastenberg
Tel: 215.864.8122
Fax: 215.864.9751
kastenberg@ballardspahr.com

September 24, 2013

*By Facsimile (212) 805-7925*

Honorable Robert W. Sweet
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/13

Re:   In re Facebook, Inc., IPO Securities and Derivative Litigation,
      MDL No. 12-2389 (RWS)

Dear Judge Sweet:

We represent defendants, The NASDAQ OMX Group, Inc., The NASDAQ Stock Market, LLC, Robert Greifeld, and Anna M. Ewing (collectively, "NASDAQ"), in the above-referenced cases. NASDAQ's reply in support of its motion to dismiss the consolidated amended complaint is due to be filed on September 26, 2013. We write to request that the Court extend the page limit for the reply to 40 pages. We believe such an extension is warranted in light of the length of plaintiffs' response to NASDAQ's motion to dismiss (64 pages) and the number and complexity of the issues raised by NASDAQ's motion to dismiss.

We have conferred with lead counsel for the plaintiffs, who have no objection to this request.

Thank you for your courtesy and consideration.

Respectfully yours,

Stephen J. Kastenberg

cc:   Vincent R. Cappucci
      Douglas G. Thompson
      Christopher Lovell
      Jacob H. Zamansky
      Kevin I. Goldberg

*So ordered*
*Sweet USDJ*
*9.25.13*

DMEAST #17671141 v1

Atlanta | Baltimore | Bethesda | Denver | Las Vegas | Los Angeles | New Jersey | New York | Philadelphia | Phoenix | Salt Lake City | San Diego | Washington, DC | Wilmington   www.ballardspahr.com

Honorable Robert W. Sweet
September 24, 2013
Page 2

      Marvin A. Miller
      Vincent Di Tommaso
      Thomas J. McKenna
      Richard J. Schager, Jr.

DMEAST #17671141 v1