UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FACEBOOK, INC., IPO SECURITIES AND DERIVATIVE LITIGATION | MDL No. 12-2389<br><br>ECF Case |
| ROBERT LOWINGER,<br><br>*Plaintiff*,<br><br>v.<br><br>MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., and FACEBOOK, INC.,<br><br>*Defendants*. | This document relates to:<br>13 Civ. 4016 |

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of James P. Rouhandeh and the exhibits thereto, and all the pleadings and proceedings herein, defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC and Goldman, Sachs & Co. hereby move this Court, before the Honorable Robert W. Sweet, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, at a time convenient for the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the complaint in the above-captioned action for failure to state a claim upon which relief can be granted.

2

Dated:  New York, New York
        October 16, 2013

        DAVIS POLK & WARDWELL LLP

By:  /s/ James P. Rouhandeh
     James P. Rouhandeh
     Charles S. Duggan
     Andrew Ditchfield

450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Facsimile:   (212) 701-5800

*Attorneys for Defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, and Goldman, Sachs & Co.*

2