# DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

MENLO PARK
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

JAMES P. ROUHANDEH
212 450 4835
ROUHANDEH@DAVISPOLK.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/13

October 15, 2013

Facsimile

The Honorable Robert W. Sweet
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re Facebook, Inc., IPO Sec. & Derivative Litig.*, MDL No. 12-2389
      (Relates to *Lowinger v. Morgan Stanley & Co. LLC*, No. 13 Civ. 4016)

Dear Judge Sweet:

We represent Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC and Goldman, Sachs & Co. (the "Lead Underwriters") in the above-referenced litigation. The Lead Underwriters intend to file a motion to dismiss the complaint in *Lowinger v. Morgan Stanley & Co. LLC*, No. 13 Civ. 4016 (RWS), on October 16, 2013. The Lead Underwriters respectfully request that the Court extend the page limit for the memorandum in support of their motion to thirty-five pages. We believe this extension is appropriate due to the complexity of the issues being addressed and because the memorandum is being filed on behalf of several defendants who could have filed separate briefs.

We have conferred with counsel for plaintiff, who consent to this request based on the Lead Underwriters' consent to plaintiff's request for a similar extension to thirty-five pages of the page limit for his memorandum in opposition.

Respectfully submitted,

James P. Rouhandeh /ad
James P. Rouhandeh

RECEIVED
OCT 16 2013
JUDGE SWEET CHAMBERS

So ordered
[signature] USDJ
10·16·13

October 15, 2013

Cc:  Jeffrey S. Abraham (via electronic mail)
     Jack G. Fruchter (via electronic mail)
     Andrew B. Clubok (via electronic mail)
     Richard D. Bernstein (via electronic mail)