Sweet, K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FACEBOOK, INC., IPO SECURITIES AND DERIVATIVE LITIGATION | MDL No. 12-2389<br><br>ECF Case |
| ROBERT LOWINGER,<br><br>                 *Plaintiff*,<br><br>v.<br><br>MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO., and FACEBOOK, INC.,<br><br>                 *Defendants*. | This document relates to:<br>    13 Civ. 4076 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/13

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

WHEREAS, Plaintiff Robert Lowinger filed the complaint in this matter (the "Complaint") on June 12, 2013;

WHEREAS, the Complaint names Morgan Stanley & Co., J.P. Morgan Securities LLC, and Goldman, Sachs & Co. (together, the "Underwriters") as defendants and Facebook, Inc. ("Facebook") as nominal defendant;

WHEREAS, the Court so-ordered a stipulation on October 10, 2013, extending Defendants' time to move against, answer or otherwise respond to the Complaint to and including October 16, 2013;

WHEREAS, the Underwriters moved to dismiss the Complaint on October 16, 2013;

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties, subject to the Court's approval, that:

1. The time for Facebook to answer or otherwise respond to the Complaint is extended

to and including the date fourteen days after the Court's entry of an order deciding the Underwriters' motion to dismiss.

2. This Stipulation and the extension provided for herein shall not be used as a basis for arguing for any additional or further relief.

Dated: New York, New York
October 22, 2013

ABRAHAM, FRUCHTER
& TWERSKY, LLP

By: _____
Jeffrey S. Abraham
Jack G. Fruchter
One Penn Plaza, Suite 2805
New York, New York 10119
Telephone:  (212) 279-5050
Facsimile:  (212) 279-3655

*Attorneys for Plaintiff Robert Lowinger*

KIRKLAND & ELLIS LLP

By: _____
Andrew B. Clubok
Brant W. Bishop, P.C.
Nathaniel J. Kritzer
601 Lexington Ave.
New York, New York 10022
Telephone:  (212) 279-5050
Facsimile:  (212) 279-3655

Richard D. Bernstein
WILKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 202-1000
Facsimile:  (202) 202-2000

*Attorneys for Facebook, Inc.*

SO ORDERED this 28 day of October, 2013

_____
THE HONORABLE ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE

2