IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FACEBOOK, INC., IPO SECURITIES AND DERIVATIVE LITIGATION : | MDL NO. 12-2389 |

This document relates to the
Consolidated NASDAQ Actions:

| | |
|---|---|
| No. 12-cv-4054 | No. 12-cv-4600 |
| No. 12-cv-4200 | No. 12-cv-4716 |
| No. 12-cv-4201 | No. 12-cv-5549 |
| No. 12-cv-4315 | No. 12-cv-5630 |
| No. 12-cv-4403 | No. 12-cv-6882 |

**DEFENDANTS' NOTICE OF MOTION TO EXTEND TIME TO APPEAL
PURSUANT TO FED. R.A.P. 4(a)(5)**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendants, The NASDAQ OMX Group, Inc., The NASDAQ Stock Market LLC, Robert Greifeld, and Anna M. Ewing, will hereby move this Court, before the Honorable Robert W. Sweet at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a time and date to be determined by the Court, to extend their time to file a notice of appeal from the Court's Opinion and Order entered on December 16, 2013 pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure.

1

In support of this motion, defendants hereby rely upon the accompanying Memorandum of Law.

/s/ Stephen J. Kastenberg
William A. Slaughter* (Pa. ID 30637)
Stephen J. Kastenberg* (Pa. ID 70919)
Paul Lantieri III* (Pa. ID 88160)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: 215.665.8500
Fax: 215.864.8999
slaughter@ballardspahr.com
kastenberg@ballardspahr.com
lantierip@ballardspahr.com

*Attorneys for Defendants, The NASDAQ OMX Group, Inc., The NASDAQ Stock Market LLC, Robert Greifeld, and Anna M. Ewing*

* Admitted *pro hac vice*

Dated: December 30, 2013