**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FACEBOOK, INC., IPO SECURITIES AND DERIVATIVE LITIGATION | MDL No. 12-2389<br><br>ECF Case<br><br>This document relates to the Consolidated Securities Action: |

| | |
|---|---|
| NO. 12-CV-4081 | NO. 12-CV-4763 |
| NO. 12-CV-4099 | NO. 12-CV-4777 |
| NO. 12-CV-4131 | NO. 12-CV-5511 |
| NO. 12-CV-4150 | NO. 12-CV-7542 |
| NO. 12-CV-4157 | NO. 12-CV-7543 |
| NO. 12-CV-4184 | NO. 12-CV-7544 |
| NO. 12-CV-4194 | NO. 12-CV-7545 |
| NO. 12-CV-4215 | NO. 12-CV-7546 |
| NO. 12-CV-4252 | NO. 12-CV-7547 |
| NO. 12-CV-4291 | NO. 12-CV-7548 |
| NO. 12-CV-4312 | NO. 12-CV-7550 |
| NO. 12-CV-4332 | NO. 12-CV-7551 |
| NO. 12-CV-4360 | NO. 12-CV-7552 |
| NO. 12-CV-4362 | NO. 12-CV-7586 |
| NO. 12-CV-4551 | NO. 12-CV-7587 |
| NO. 12-CV-4648 | |

**DEFENDANTS' NOTICE OF MOTION TO AMEND**
**AND CERTIFY DECEMBER 12, 2013 ORDER FOR**
**INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Facebook, Inc., the individual Facebook defendants, and the Underwriter Defendants, will hereby move this Court, at 10 a.m. on February 4, 2014, or at such other time as the Court shall order, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, to amend and certify December 12, 2013 Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

DATED: January 10, 2014

/s/ *Andrew B. Clubok*

| | |
|---|---|
| Susan E. Engel | Andrew B. Clubok |
| Kellen S. Dwyer | (andrew.clubok@kirkland.com) |
| Bob Allen | Brant W. Bishop, P.C. |
| KIRKLAND & ELLIS LLP | KIRKLAND & ELLIS LLP |
| 655 Fifteenth St. NW | 601 Lexington Avenue |
| Washington, DC 20005 | New York, NY 10022 |
| Telephone: (202) 879-5000 | Telephone: (212) 446-4800 |
| Facsimile: (202) 879-5200 | Facsimile: (212) 446-4900 |
| | |
| Richard D. Bernstein | Tariq Mundiya |
| Elizabeth J. Bower | Todd G. Cosenza |
| WILLKIE FARR & GALLAGHER LLP | Sameer Advani |
| 1875 K Street, NW | WILLKIE FARR & GALLAGHER LLP |
| Washington, DC 20006 | 787 Seventh Avenue |
| Telephone: (202) 303-1000 | New York, NY 10019-6099 |
| Facsimile: (202) 303-2000 | Telephone: (212) 728-8000 |
| | Facsimile: (212) 728-8111 |

*Attorneys for Facebook, Inc. and Individual Facebook Defendants*

James P. Rouhandeh
Charles S. Duggan
Andrew Ditchfield
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for Underwriter Defendants*