UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

IN RE FACEBOOK, INC., IPO SECURITIES AND
DERIVATIVE LITIGATION,

O R D E R

MDL No. 12-2389

------------------------------------X

**Sweet, D.J.**

Defendants' motion to amend and certify the December 12, 2013 order for interlocutory appeal, dated January 10, 2014, shall be heard at 10 a.m. on Tuesday, February 4, 2014, in Courtroom 18C, United States Courthouse, 500 Pearl Street. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

**New York, NY**
**January 14, 2014**

ROBERT W. SWEET
U.S.D.J.