IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FACEBOOK, INC., IPO SECURITIES AND DERIVATIVE LITIGATION | : MDL NO. 12-2389 : |

This document relates to the Consolidated NASDAQ Actions:

| | |
|---|---|
| No. 12-cv-4054 | No. 12-cv-4600 |
| No. 12-cv-4200 | No. 12-cv-4716 |
| No. 12-cv-4201 | No. 12-cv-5549 |
| No. 12-cv-4315 | No. 12-cv-5630 |
| No. 12-cv-4403 | No. 12-cv-6882 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT defendants, The NASDAQ OMX Group, Inc., The Nasdaq Stock Market LLC, Robert Greifeld, and Anna M. Ewing, hereby appeal to the United States Court of Appeals for the Second Circuit from the order of this Court entered December 16, 2013, granting in part and denying in part defendants' motion to dismiss.

Dated:  February 14, 2014

/s/ Stephen J. Kastenberg
William A. Slaughter* (Pa. ID 30637)
Stephen J. Kastenberg* (Pa. ID 70919)
Paul Lantieri III* (Pa. ID 88160)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Tel:  215.665.8500
Fax:  215.864.8999
slaughter@ballardspahr.com
kastenberg@ballardspahr.com
lantierip@ballardspahr.com

*Attorneys for Defendants, The NASDAQ OMX Group, Inc., The NASDAQ Stock Market LLC, Robert Greifeld, and Anna M. Ewing*

* Admitted *pro hac vice*

DMEAST #18417934 v1