```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 5/5/2014
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

IN RE FACEBOOK, INC., IPO SECURITIES AND
DERIVATIVE LITIGATION,                                           MDL No. 12-2389

---------------------------------------------------------------X
ROBERT LOWINGER,

                            Plaintiff,                             13 **CIVIL** 4016 (RWS)

      -against-

                                                           **JUDGMENT**

MORGAN STANLEY & CO. LLC, J.P. MORGAN
SECURITIES LLC, GOLDMAN SACHS & CO.,
and FACEBOOK, INC.,

                            Defendants.
---------------------------------------------------------------X

      Whereas defendants Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC and Goldman, Sachs & Co., having moved to dismiss the complaint pursuant to Rule 12(b) (6) (Doc. # 11 in case number 13-cv-401/Doc. # 160 in case number 12-md-02389) on October 16, 2013, and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on May 2, 2014, having rendered its Opinion (Doc. # 27 in case number 13-cv-401/Doc. # 227 in case number 12-md-2389), granting defendants' motion to dismiss the complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion (Doc. # 11 in case number 13-cv-401/Doc. # 160 in case number 12-md-02389), defendants' motion to dismiss the Complaint is granted.

1

**DATED:** New York, New York
May 5, 2014

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

**BY:** _____
                                                  **Deputy Clerk**