UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE FACEBOOK, INC. IPO SECURITIES
AND DERIVATIVE LITIGATION

MDL No. 12-2389 (RWS)

STIPULATION AND
[PROPOSED] MODIFIED
PRETRIAL SCHEDULING ORDER

This document relates to the
Consolidated Securities Action:

| | |
|---|---|
| No. 12-cv-4081 | No. 12-cv-4763 |
| No. 12-cv-4099 | No. 12-cv-4777 |
| No. 12-cv-4131 | No. 12-cv-5511 |
| No. 12-cv-4150 | No. 12-cv-7542 |
| No. 12-cv-4157 | No. 12-cv-7543 |
| No. 12-cv-4184 | No. 12-cv-7544 |
| No. 12-cv-4194 | No. 12-cv-7545 |
| No. 12-cv-4215 | No. 12-cv-7546 |
| No. 12-cv-4252 | No. 12-cv-7547 |
| No. 12-cv-4291 | No. 12-cv-7548 |
| No. 12-cv-4312 | No. 12-cv-7550 |
| No. 12-cv-4332 | No. 12-cv-7551 |
| No. 12-cv-4360 | No. 12-cv-7552 |
| No. 12-cv-4362 | No. 12-cv-7586 |
| No. 12-cv-4551 | No. 12-cv-7587 |
| No. 12-cv-4648 | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/14

**WHEREAS**, the Court entered a Scheduling Order on February 5, 2014 (the "Original Pretrial Scheduling Order" (ECF No. 209));

**WHEREAS**, the Original Pretrial Scheduling Order contemplated that document discovery would commence on February 7, 2014, and that the Lead Plaintiffs would file their class certification motion by August 22, 2014;

**WHEREAS**, production of documents relevant to class certification remains ongoing and is expected to be completed by September 30, 2014;

**WHEREAS**, the Parties have met-and-conferred concerning an adjustment to the case schedule in light of the status of document production;

**WHEREAS**, the Parties agree that the deadline for the Lead Plaintiffs to file their class certification motion should be extended from August 22, 2014 to November 14, 2014, and the remaining deadlines in the Original Pretrial Scheduling Order should be adjusted accordingly; and

**WHEREAS**, pursuant to Section VII of the Original Pretrial Scheduling Order, which permits the Parties to seek modification of the pretrial schedule, and in accordance with Fed. R. Civ. P. 26(f)(3), the Parties jointly propose the following Modified Pretrial Scheduling Order:

| Event | Deadline |
|---|---|
| Commencement of Discovery | February 7, 2014 |
| Deadline for Defendants to Answer the Complaint | April 25, 2014 |
| Plaintiffs' Motion for Class Certification | November 14, 2014 |
| Deadline to Join Additional Parties and Amend Pleadings | December 31, 2014 |
| Defendants' Opposition to Class Certification Motion | February 18, 2015 |
| Plaintiffs' Reply in Support of Class Certification | March 27, 2015 |
| Close of Fact Discovery | May 8, 2015 |
| Plaintiffs' Expert Reports on Issues for Which Plaintiffs Have Burden of Proof | May 31, 2015 |
| Defendants' Expert Reports in Response to Plaintiffs' Expert Reports and on Issues for Which Defendants Have Burden of Proof | July 14, 2015 |
| Plaintiffs' Reply Expert Reports and Expert Reports in Opposition to Defendants' Expert Reports | August 21, 2015 |
| Defendants' Rebuttal Expert Reports | September 30, 2015 |
| Expert Depositions Complete; Close of Expert Discovery | November 20, 2015 |
| Deadline to File Dispositive Motions | January 22, 2016 |
| Opposition to Dispositive Motions | March 11, 2016 |
| Replies in Support of Dispositive Motions | April 22, 2016 |

Each Party reserves its right to seek further modifications of case deadlines. The Lead Plaintiffs expressly reserve the right to seek further modifications to the case deadlines if the production of documents relevant to class certification is not completed by September 30, 2014.

2

Dated: August 12, 2014
　　　　New York, New York

                    BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: _____
        Salvatore J. Graziano (salvatore@blbglaw.com)
        John J. Rizio-Hamilton (johnr@blbglaw.com)

1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

LABATON SUCHAROW LLP

By: _____
        Thomas A. Dubbs (tdubbs@labaton.com)
        James J. Johnson (jjohnson@labaton.com)
        Louis Gottlieb (lgottlieb@labaton.com)

140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Attorneys for Lead Plaintiffs*

KIRKLAND & ELLIS LLP

By: _____
        Andrew B. Clubok (andrew.clubok@kirkland.com)
        Brant W. Bishop (brant.bishop@kirkland.com)

601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

WILKIE FARR & GALLAGHER LLP

>    Richard D. Bernstein (rbernstein@willkie.com)
>    Elizabeth J. Bower (ebower@willkie.com)

1875 K Street, NW
Washington, DC 2006
Tel: (202) 303-1000
Fax: (202) 303-2000

>    Tariq Mundiya (tmundiya@willkie.com)
>    Todd G. Cosenza (tcosenza@willkie.com)
>    Sameer Advani (sadvani@willkie.com)

787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Attorneys for Facebook, Inc. and the Individual Defendants*

DAVIS POLK & WARDWELL LLP

By: _____
James P. Rouhandeh (rouhandeh@davispolk.com)
Charles S. Duggan (charles.duggan@davispolk.com)
Andrew Ditchfield (andrew.ditchfield@davispolk.com)

450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

*Attorneys for the Underwriter Defendants*

SO ORDERED this ___ day of August 2014:

_____
Hon. Robert W. Sweet
United States District Judge