# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10002

| Andrew B. Clubok | | |
| --- | --- | --- |
| To Call Writer Directly: | (212) 446-4800 | Facsimile: |
| (212) 446-4836 | | (212) 446-4900 |
| andrew.clubok@kirkland.com | www.kirkland.com | |

April 7, 2015

**VIA ECF**

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *In re Facebook, Inc., IPO Securities and Derivative Litigation*
       12-md-02389 (RWS)

Dear Judge Sweet:

We represent Facebook, Inc. and its officers and directors in the above-referenced litigation.  As your honor is aware, the Facebook Defendants and the Underwriter Defendants intend to file a memorandum of law in opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel in the securities actions on April 10, 2015. Defendants respectfully request that the Court extend the page limit for this memorandum to 80 pages.  We believe this extension is appropriate because the memorandum will be covering the extensive factual record in this case and is being filed on behalf of several defendants who could have filed separate briefs.

We have conferred with counsel for Plaintiffs, who consent to this request.

Sincerely,

Andrew B. Clubok

cc: All Counsel of Record (Via ECF)

Chicago      Hong Kong      London      Los Angeles      Munich      New York      Palo Alto      San Francisco      Shanghai