# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C.  20005

Andrew B. Clubok
To Call Writer Directly:
(202) 879-5173
andrew.clubok@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

May 12, 2015

**VIA ECF**

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *In re Facebook, Inc., IPO Securities and Derivative Litigation*
> 12-md-02389 (RWS).

Dear Judge Sweet:

We represent the Facebook Defendants and I write, at the Court's request, to memorialize the Court's rulings at the May 5, 2015 telephonic conference regarding the schedule in this matter.  At that conference, plaintiffs asked the Court to modify the schedule for discovery and class certification based on the arguments they had made in a letter request and for the other reasons stated during the conference.  Defendants opposed that request for the reasons set forth in their letter responses and for the reasons they stated during the conference.  Upon consideration of the matter, Your Honor ruled that Plaintiffs' reply brief in support of their motion for class certification will be due on June 16, 2015, and that Defendants will be allowed to file a sur-reply in opposition to class certification, which will be due on July 1, 2015.  The parties agreed to meet and confer regarding how to proceed with the remainder of this case, and all remaining deadlines will either be modified by agreement of the Parties or brought to the Court's attention if the Parties are unable to reach agreement.

We are grateful for the Court's attention and courtesy in this matter.

Sincerely,

Andrew B. Clubok
Kirkland & Ellis LLP
Counsel for the Facebook Defendants

cc:    All counsel by email

Chicago    Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai