UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FACEBOOK, INC., IPO SECURITIES AND DERIVATIVE LITIGATION | MDL No. 12-2389<br><br>ECF Case |
| This document relates to the Consolidated Nasdaq Actions | No. 12-cv-4054    No. 12-cv-4600<br>No. 12-cv-4200    No. 12-cv-4716<br>No. 12-cv-4201    No. 12-cv-5549<br>No. 12-cv-4315    No. 12-cv-5630<br>No. 12-cv-4403    No. 12-cv-6882 |

## PLEADING IN INTERVENTION FOR LIMITED PURPOSES

1.  Proposed Intervenors are Facebook, Inc., Mark Zuckerberg, Sheryl K. Sandberg, David Ebersman, David M. Spillane, Marc L. Andreessen, Erskine B. Bowles, James W. Breyer, Donald E. Graham, Reed Hastings, and Peter A. Thiel ("Intervenors").

2.  Intervenors file the Pleading in Intervention for Limited Purposes against (1) Lead Plaintiffs in the Nasdaq Action, which are T3 Trading Group, LLC, Avatar Securities, LLC, Phillip Goldberg, Steve Jarvis, Atish Gandhi, Colin Suzman, Meredith Bailey and Faisal Sami and (2) the Nasdaq Defendants, which are The NASDAQ OMX Group, Inc., The NASDAQ Stock Market LLC, Robert Greifeld, and Anna M. Ewing.

3.  Intervenors expressly adopt and incorporate all statements in their Memorandum of Law In Support of The Facebook Defendants' Motion To Intervene.

4.  The intervention of Intervenors is necessary to protect their rights to a judgment reduction under the Private Securities Litigation Reform Act of 1995, N.Y. Gen. Oblig. Law § 15-108, and any other applicable law.

- 2 -

5. The intervention of Intervenors is also necessary to protect their rights to make claims against the Nasdaq Defendants.

## PRAYER FOR RELIEF

(a) Intervenors should be granted intervention for the limited purposes set forth above.

(b) The Court should order such other and further relief as is just and appropriate.

Dated: August 17, 2015

Respectfully submitted,

/s/ Andrew B. Clubok
Andrew B. Clubok
(andrew.clubok@kirkland.com)
Brant W. Bishop, P.C.
Nathaniel Kritzer
Adam B. Stern
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

Susan E. Engel
KIRKLAND & ELLIS LLP
655 Fifteenth St. NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Richard D. Bernstein
Elizabeth J. Bower
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006
Telephone: (202) 303-1000
Facsimile: (202) 303-2000

Tariq Mundiya
Todd G. Cosenza
Sameer Advani
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000

*Attorneys for Facebook, Inc. and the Individual Facebook Defendants*