**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10002

Nathaniel J. Kritzer
To Call Writer Directly:
(212) 446-4833
nathaniel.kritzer@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

August 18, 2015

**VIA ECF**

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *In re Facebook, Inc., IPO Securities and Derivative Litigation*
12-md-02389 (RWS)

Dear Judge Sweet:

We represent Facebook, Inc. and its officers and directors (the "Facebook Defendants") in the above-referenced litigation. On Friday, August 14, 2015, we filed a motion to intervene in the Consolidated Nasdaq Actions in the above-referenced MDL proceeding. As the Court is aware, Fed. R. Civ. P. 24(c) requires that a pleading in intervention be filed with any motion to intervene. Based on our consultation with the Court's ECF clerk, we filed our proposed pleading in intervention as a standalone document denoted as an intervenor complaint. The motion to intervene was filed and docketed at ECF No. 322 in the lead MDL docket, 12-md-02389 (and related dockets). The proposed pleading was filed separately at ECF No. 324 in the lead MDL docket, 12-md-02389.

The proposed pleading has now been twice rejected from the Court's filing system, most recently because we did not have leave of Court to file a pleading in intervention. Because Rule 24(c) *requires* that a pleading be filed in connection with our motion, which seeks leave to intervene for the purposes set forth in the proposed pleading, we respectfully request that the Court accept the document filed as ECF No. 324 (attached hereto as Ex. A) as satisfaction of Rule 24(c)'s requirement that a pleading be filed with a motion to intervene.

Chicago     Hong Kong     London     Los Angeles     Munich     New York     Palo Alto     San Francisco     Shanghai

KIRKLAND & ELLIS LLP

The Honorable Robert W. Sweet
August 18, 2015
Page 2

      Please do not hesitate to contact me if you have any questions concerning the foregoing. We are grateful for the Court's time and attention to this matter.

                                           Sincerely,

                                           */s/ Nathaniel J. Kritzer*

                                         Nathaniel J. Kritzer

cc: All Counsel of Record (Via ECF)