# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

### ATTORNEYS AT LAW

NEW YORK ● CALIFORNIA ● LOUISIANA ● ILLINOIS

JOHN RIZIO-HAMILTON
johnr@blbglaw.com
212-554-1505

September 10, 2015

**By ECF**

Honorable Robert W. Sweet
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *In re Facebook, Inc. IPO Sec. & Deriv. Litig.*, MDL No. 12-2389 (RWS)

Dear Judge Sweet:

Together with Labaton Sucharow LLP, we represent Plaintiffs in the above-referenced Consolidated Securities Action.  As the Court is aware, the hearing on Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel has been scheduled for October 7, 2015.  The hearing on Plaintiffs' Motion to Strike the Expert Report of Anindya Ghose, Ph.D., which was submitted as part of the class certification briefing, is currently scheduled for September 16, 2015.

We respectfully request that the Court reschedule the hearing on the Motion to Strike from September 16 to October 7, the same date as the class certification hearing. Defendants consent to this request.

Respectfully submitted,

John Rizio-Hamilton

cc:    Counsel for Defendants in the Consolidated Securities Action (by ECF)