UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FACEBOOK, INC. IPO SECURITIES AND DERIVATIVE LITIGATION | Case No. 12-md-2389 (RWS) |
| This Document Relates To:<br><br>MAREN TWINING, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC. et al.,<br><br>Defendants. | Case No. 12-cv-4099 (RWS)  |

**PLAINTIFF MAREN TWINING'S NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Maren Twining, by and through her counsel, hereby gives notice that the above-captioned action, *Twining v. Facebook, Inc. et al.*, No. 12-cv-4099 (RWS), is voluntarily dismissed as to all defendants. This dismissal shall apply to that action only, and shall not constitute a dismissal of any other actions in *In re: Facebook, Inc. IPO Securities & Derivative Litigation*, No. 12-md-2389 (RWS).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/15

So ordered
Sweet USDJ
10-29-15

DATED: October 27, 2015

By: */s/ Peter Safirstein*
**MORGAN & MORGAN, P.C.**
Peter Safirstein
Domenico G. Minerva
Elizabeth S. Metcalf
28 W. 44th Street, Suite 2001
New York, NY 10036
Tel: (212) 564-1637
Fax: (212) 564-1807
Email: psafirstein@forthepeople.com
        dminerva@forthepeople.com
        emetcalf@forthepeople.com

**MORGAN & MORGAN, TAMPA, P.A.**
Christopher S. Polaszek
One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel: (813) 314-6484
Fax: (813) 222-2406
Email: cpolaszek@forthepeople.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2015, I filed the foregoing document via the CM/ECF system, which will automatically send electronic mail notification of such filing to all parties.

*/s/ Peter Safirstein*
Peter Safirstein