UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

IN RE FACEBOOK, INC., IPO SECURITIES AND
DERIVATIVE LITIGATION,

MDL No. 12-2389
ORDER

------------------------------------------X

**Sweet, D.J.**

      This Court's Opinion dated December 11, 2015 was initially sealed, consistent with the parties' representations that submissions and facts upon which the Opinion was based were confidential non-public information subject to a protective order. As counsel have indicated by correspondence with the Court on December 21, 2015 that they have conferred and agreed to submit no requests for redactions, the December 11, 2015 Opinion is hereby unsealed.

      It is so ordered.

**New York, NY**
**December 26, 2015**

ROBERT W. SWEET
U.S.D.J.