Case 1:12-md-02389-RWS Document 551 Filed 10/20/17 Page 1 of 2

# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA • ILLINOIS

SALVATORE J. GRAZIANO
Salvatore@blbglaw.com
212-554-1538

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 10-24-17

October 20, 2017

RECEIVED
OCT 20 2017
JUDGE SWEET CHAMBERS

**By ECF**

Honorable Robert W. Sweet
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   *In re Facebook, Inc., IPO, Sec. & Derivative Litig.*, MDL No. 12-2389 (RWS)

Dear Judge Sweet:

      We represent Plaintiffs and the Class in the above-captioned securities action, and write concerning Plaintiffs' Motion to Unseal Their Memoranda of Law, Declaration, Exhibits, and Local Rule 56.1 Statements in Opposition to Facebooks' and the Individual Defendants' Motions for Summary Judgement (the "Motion to Unseal"), filed under seal on October 4, 2017, and the Facebook Defendants' Opposition to the Motion to Unseal (the "Opposition"), filed under seal on October 18, 2017.

      As set forth in the Facebook Defendants' Opposition, the Facebook Defendants seek to keep sealed from the documents supporting Plaintiffs' Opposition to Summary Judgment only the following: (1) certain "sensitive personal information" such as email addresses, telephone numbers, and personally identifying data (*e.g.*, credit card numbers and Social Security numbers), and (2) certain information relating to Facebook's third party advertisers and sensitive personal information identified in the exhibits appended to the Declaration of Nathaniel J. Kritzer in Support of Defendants' Opposition to the Motion to Unseal. The Facebook Defendants do not contest the unsealing of any other portions of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment briefing or supporting documentation.

      Based on the Facebook Defendants' position as set forth above, Plaintiffs are now prepared to withdraw their Motion to Unseal, and we respectfully request that the oral argument on the Motion to Unseal—currently scheduled for Wednesday, October 25 at 11:00AM—be removed

So ordered
Rose / USDJ
10.24.17

1251 AVENUE OF THE AMERICAS • NEW YORK • NY 10020-1104
TELEPHONE: 212-554-1400 • www.blbglaw.com • FACSIMILE: 212-554-1444

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Honorable Robert W. Sweet
October 20, 2017
Page 2

from the Court's calendar. We will work with the Facebook Defendants to file unredacted documents in accordance with this Letter. We thank the Court for its attention to this matter.

Respectfully submitted,

Salvatore J. Graziano

cc:   Counsel of Record (by ECF)