# ENTWISTLE & CAPPUCCI

Entwistle & Cappucci LLP
299 Park Avenue
20th Floor
New York, NY 10171

(212) 894-7200 Main
(212) 894-7272 Fax
www.entwistle-law.com

February 23, 2018

**VIA ECF AND FACSIMILE**
Honorable Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Courtroom 26B
New York, New York 10007

    Re:    *In re Facebook, Inc. IPO Securities And Derivative Litigation*
             No. 12-md-2389 (RWS) – NASDAQ Actions

Dear Judge Sweet:

    We are Lead Counsel for the NASDAQ Securities Actions in the above-referenced matter. We write pursuant to Your Honor's Individual Practices Rule 1E to request an adjournment to March 21, 2018 of the hearing concerning Lead Plaintiffs' Motion for Approval of Distribution Plan (ECF No. 564) ("Motion"). The hearing is currently scheduled for February 28, 2018.

    There have been no previous requests for adjournments or extensions concerning the Motion. The Motion is uncontested. We have conferred with defense counsel, who have also consented to the requested adjournment. The requested adjournment does not affect any other scheduled dates.

    Accordingly, Lead Counsel respectfully request that the hearing be rescheduled for March 21, 2018.

                                  Respectfully yours,

                                  Vincent R. Cappucci