**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FACEBOOK, INC. IPO SECURITIES AND DERIVATIVE LITIGATION | MDL No. 12-2389 (RWS)<br><br>This document relates to the Consolidated Securities Action:<br><br>No. 12-cv-4081   No. 12-cv-4763<br>No. 12-cv-4099   No. 12-cv-4777<br>No. 12-cv-4131   No. 12-cv-5511<br>No. 12-cv-4150   No. 12-cv-7542<br>No. 12-cv-4157   No. 12-cv-7543<br>No. 12-cv-4184   No. 12-cv-7544<br>No. 12-cv-4194   No. 12-cv-7545<br>No. 12-cv-4215   No. 12-cv-7546<br>No. 12-cv-4252   No. 12-cv-7547<br>No. 12-cv-4291   No. 12-cv-7548<br>No. 12-cv-4312   No. 12-cv-7550<br>No. 12-cv-4332   No. 12-cv-7551<br>No. 12-cv-4360   No. 12-cv-7552<br>No. 12-cv-4362   No. 12-cv-7586<br>No. 12-cv-4551   No. 12-cv-7587<br>No. 12-cv-4648 |

**NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE TO THE CLASS**

TO:   ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the Declaration of Thomas A. Dubbs, including the Stipulation and Agreement of Settlement dated February 26, 2018 (the "Stipulation") attached as an exhibit thereto; and all other papers and proceedings herein, Lead Plaintiffs, Arkansas Teacher Retirement System and Fresno County Employees' Retirement Association, hereby move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed class

action Settlement; (ii) approving the form and manner of giving notice of the proposed Settlement to Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses.[1]

Also filed herewith is the Parties' agreed-upon proposed Order Preliminarily Approving Settlement and Providing for Notice and its exhibits.

Pursuant to the terms of the Stipulation, this motion is unopposed by Defendants.

DATED: February 26, 2018                           Respectfully submitted,

**LABATON SUCHAROW LLP**

/s/   *Thomas A. Dubbs*
Thomas A. Dubbs
James W. Johnson
Thomas G. Hoffman, Jr.
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Co-Lead Counsel for Lead Plaintiffs, Class Representative Sharon Morley and the Class*

Salvatore J. Graziano
John J. Rizio-Hamilton
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for Lead Plaintiffs and the Class*

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation.

Steven E. Fineman
Nicholas Diamand
**LIEFF CABRASER**
**HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013
Tel: (212) 355-9500
Fax: (212) 355-9592

*Additional Counsel for Named Plaintiffs and Class Representatives Jose G. Galvan and Mary Jane Lule Galvan*

Frank R. Schirripa
**HACH ROSE SCHIRRIPA**
**& CHEVERIE LLP**
185 Madison Avenue
New York, New York 10016
Tel: (212) 213-8311
Fax: (212) 799-0028

*Additional Counsel for Class Representatives Eric Rand, and Paul and Lynn Melton*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2018, I caused the foregoing Notice of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Class to be served electronically on all ECF participants.

/s/    *Thomas A. Dubbs*
Thomas A. Dubbs
