

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

IN RE FACEBOOK, INC., IPO SECURITIES
AND DERIVATIVE LITIGATION

MDL No. 12-2389 (RWS)

This document relates to: NASDAQ Actions

## [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR APPROVAL OF DISTRIBUTION PLAN

Lead Plaintiffs T3 Trading Group, LLC, Avatar Securities, LLC, Philip Goldberg, Steve Jarvis, Atish Gandhi, Colin Suzman, Meredith Baily and Faisal Sami (collectively, "Lead Plaintiffs" or "Plaintiffs") filed a motion with this Court (the "Motion") for an order approving the Distribution Plan pursuant to the Plan of Allocation ("POA"), and the Court having considered all the submissions and arguments in support of the Motion, Declaration of Eric Schachter in Support of Lead Plaintiffs' Class Distribution Motion dated January 19, 2018 with exhibits (the "Schachter Declaration"), submitted on behalf of A.B. Data Ltd. ("A.B. Data"), the Court-appointed Claims Administrator and the Memorandum in Support of Motion for Approval of Distribution Plan;

### NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Order incorporates by reference the definitions in the Schachter Declaration and the POA, and all terms used herein shall have the meanings as set forth in the Schachter Declaration and in the POA.

2. This Court has jurisdiction over the subject matter of the Actions and over all parties to the Actions, including the Class Members.

3. Lead Plaintiffs' Motion is **GRANTED.** Accordingly,

   a. The proposed Distribution Plan for the Net Settlement Fund is approved;



b.      The proposed Distribution and Second Distribution, as set forth in the Schachter Declaration, are approved;

c.      The administrative determinations by A.B. Data with respect to eligibility of Proofs of Claim and calculation of Recognized Claims are approved;

d.      Payments to Authorized Claimants by A.B. Data pursuant to the POA and Distribution Plan shall be conclusive against all Authorized Claimants.  No Person shall have any claim against the Lead Plaintiffs, Lead Counsel, Co-Lead Counsel or A.B. Data based upon disbursements or determinations made substantially in accordance with the POA and Distribution Plan or orders of this Court, except in the case of fraud or willful misconduct;

e.      A.B. Data shall be paid the sum of $101,865.30 from the Net Settlement Fund as payment for its outstanding fees and expenses incurred and to be incurred in connection with administration of the Settlement and the Distribution Plan;

f.      A.B. Data may destroy paper copies of Proofs of Claim and supporting documents one year after the Second Distribution occurs or, if there is no Second Distribution, two years after the initial Distribution, and may destroy electronic copies of the same one year after all funds have been distributed.

4.      The Court retains jurisdiction over the Actions and all parties thereto, including the Class Members and over any further application or matter which may arise herein.

SO ORDERED

Dated: New York, New York
        4 - 1 1       , 2018

HONORABLE ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE