# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

1:12-md-02389-RWS-GWG

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of December, two thousand twenty.

_____

| | |
|---|---|
| John Gregory, on behalf of himself and all other similarly situated,<br><br>    Plaintiff,<br><br>Institutional Investor Group, et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>The Nasdaq Stock Market, LLC, et al.,<br><br>    Defendants - Appellees,<br><br>James J. Hayes,<br><br>    Objector - Appellant. | **STATEMENT OF COSTS**<br>Docket No. 18-3845<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12/14/2020 |

_____

    IT IS HEREBY ORDERED that costs are taxed in the amount of $1,202.00 in favor of Appellees Arkansas Teachers Retirement System, Fresno County Employees' Retirement Association, Jose Galvan, Mary Galvan, Lynn Melton, Paul Melton, Sharon Morley and Eric Rand.

                                          For the Court:
                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/14/2020