UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――x

In re FACEBOOK, INC., IPO
SECURITIES AND DERIVATIVE LITIG.          12 md-02389 (CM)(GWG)

―――――――――――――――――――――――x

## ORDER DIRECTING NOTICE TO DISPUTING CLAIMANTS

McMahon, C.J.:

The Hon. Robert W. Sweet having died during the pendency of an appeal from his order approving the settlement in this case, and the United State Court of Appeals for the Second Circuit having affirmed the order approving the settlement on September 23, 2020, the Judicial Panel on Multi-District Litigation has reassigned the matter to me for the purpose of completing the administrative matters attendant to the carrying out of the settlement.

Before the court is Lead Plaintiff's unopposed Motion for Approval of the Distribution Plan and a Proposed Order granting same.

It appears that the court will be required to rule on 58 disputed claims prior to entering any order relating to the Distribution Plan.

I direct Lead Counsel to provide written notice of the pendency of this motion to the 58 disputing claimants, using in each instance whatever means of communication the Claims Administrator has previously used to communicate with said claimants. The notice shall give the the 58 disputing claimants until April 30, 2021, to provide the court with a written submission explaining the reason why the claimant believes that s/he/it is entitled to participate in the settlement, together with any evidence that would support the validity of claim. Each disputing claimant should be provided with a copy of the Notice of Motion and the reasons given by the Claims Administrator for concluding that the claim is ineligible.

Lead Plaintiff and the Claims Administrator will then have until May 21, 2021, to provide the court with any supplemental information that would be needed to adjudicate the validity of the claim.

The court will issue an order ruling on the validity of the 58 disputed claims as soon as is practicable after the record closes on May 21. If, as a result of those rulings, no adjustment need be made to the Distribution Plan, the court will enter the Proposed Order at the same time. If, as a result of those rulings, some adjustment needs to be made to the Distribution Plan, the court will set a time for submission of a revised Proposed Order.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/22/21

Dated: March 22, 2021

_____
Chief Judge

BY ECF TO ALL COUNSEL